**DENNY'S, INC. Appellant,**

v.

**SHICK TUBE–VEYOR
CORPORATION, Respondent,**

and

**Faubion Tank & Equipment
Co., Respondent,**

and

**The Foley Company, Respondent.**

No. WD 35119.

Missouri Court of Appeals,
Western District.

Sept. 11, 1984.

Motion for Rehearing and/or Transfer
to Supreme Court Overruled
and Denied Oct. 30, 1984.

Application to Transfer Denied
Dec. 18, 1984.

Dennis L. Davis, Frank J. Murphy, Hillix, Brewer, Hoffhaus & Whittaker, Kansas City, for appellant Denny's, Inc.

Thomas J. Conway, Popham, Conway, Sweeny, Fremont & Bundschu, P.C., Kansas City, for respondent Shick Tube-Veyor Corp.

Jerome D. Riffel, Brian B. Myers, Campbell, Erickson, Cottingham, Morgan & Gibson, Kansas City, for respondent Faubion Tank & Equipment Co.

James S. Stubbs, S. Michael Thomas, David S. Baker, Sherman, Wickens, Lysaught & Speck, P.C., Kansas City, for respondent The Foley Co.

Before CLARK, P.J., and PRITCHARD and LOWENSTEIN, JJ.

### ORDER

PER CURIAM:

Appellant received adverse verdicts its case in contract and breach of warranty. It claims instructional error. No transcript or agreed upon statement of facts were provided the appellate court. Judgment affirmed. Rule 84.16(b).